HONORABLE RONALD B. LEIGHTON

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| CYNTHIA MENTELE and KATHERINE MILLER, <br><br> Plaintiffs, <br><br> v. <br><br> GOVERNOR JAY INSLEE, KEVIN W. QUIGLEY, DAVID SCHUMACHER, and SERVICE EMPLOYEES NTERNATIONAL UNION, LOCAL 925, <br><br> Defendants. | Case No. C15-05134-RBL <br><br> **PLAINTIFF KATHERINE MILLER'S NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that Plaintiff Katherine Miller appeals to the United States Court of Appeals for the Ninth Circuit this Court's Final Judgment of October 13, 2016 (Docket No. 82), incorporating its Order Granting Defendants' Summary Judgment Motions and Denying Plaintiffs' Cross Motion of May 25, 2016 (Docket No. 62).

Respectfully submitted this 10th day of November 2016,

s/ Milton L. Chappell
Milton L. Chappell (pro hac vice)
c/o National Right to Work Legal
 Defense Foundation, Inc.
8001 Braddock Road, Suite 600
Springfield, VA 22151

Notice of Appeal
No. C15-5134-RBL

1

Telephone: (703) 321-8510
Facsimile:   (703) 321-9319
Email: mlc@nrtw.org

David M.S. Dewhirst
James Gideon Abernathy
c/o Freedom Foundation
PO Box 552
2403 Pacific Avenue SE
Olympia, WA 98501
Telephone: (360) 956-3482
Facsimile:   (360) 352-1874
Email: ddewhirst@Myfreedomfoundation.com
Email: jabemgLhy@Mfreedomfoulidation.com


*Attorneys for Plaintiff Miller*

Notice of Appeal
No. C15-5134-RBL

# CERTIFICATE OF SERVICE

I, Milton L. Chappell, hereby declare under penalty of perjury under the laws of the State of Washington that on November 10, 2016, I caused the foregoing PLAINTIFF KATHERINE MILLER'S NOTICE OF APPEAL to be electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing to the following:

Robert H. Lavitt
lavitt@workerlaw.com

Scott A. Kronland
skronland@altber.com

Alicia O. Young
aliciao@atg.wa.gov

Gina L. Comeau
gina.comeau@atg.wa.gov


s/ Milton L. Chappell
Milton L. Chappell (pro hac vice)